UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JASON E. PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV605SNLJ/TCM |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Having carefully reviewed the plaintiff's objections to the United States Magistrate Judge's Report and Recommendation (#20), filed August 20, 2008, and the relevant caselaw,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Thomas C. Mummert , III (#19), filed August 12, 2008 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the final decision of the Commissioner denying the plaintiff's application for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. §§1381-1383b be and is **AFFIRMED** and this cause of action is **DISMISSED.**.

Dated this    15th    day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE